IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Myrtle R. Cooper, ) | C/A No.: 3:12-140-CMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Midlands Technical College ) | ORDER |
| Commission, d/b/a Midlands Technical ) | |
| College; Marshall White, Jr., Ronald ) | |
| Drayton, Ronald L. Rhames, Crystal ) | |
| Rookard, and Melvin O. Hawkins, Jr., in ) | |
| their individual and official capacities, ) | |
| ) | |
| Defendants. ) | |

Pursuant to this court's order dated January 10, 2013 [Entry #83] granting Plaintiff's motion to appoint a mediator [Entry #72], the undersigned hereby identifies the following three mediators to be contacted in order as directed below.

1. Frank Shuler
   Turner Padget Graham & Laney, P.A.
   1901 Main Street, 17th Floor
   Columbia, SC 29201
   (803) 227-4242

2. Regina Lewis
   Gaffney Lewis & Edwards
   3710 Landmark Drive, Suite 109
   Columbia, SC 29204
   (803) 790-8838

3. Clay Robinson
   Robinson McFadden
   1901 Main Street, Suite 1200
   Columbia, SC 29201
   (803) 227-1131

Counsel for the defendants is directed to contact the first mediator identified in the list to determine his availability to conduct mediation on a Thursday or Friday within 45 days from the date of this order.  If the first mediator's schedule does not permit him to mediate this case within the prescribed time, defense counsel is directed to contact the second mediator on this list and so on.  Defense counsel shall keep Plaintiff apprised of all contact with the potential mediators and the parties are directed to communicate in good faith to arrive at a mediation date.

IT IS SO ORDERED.

*Shiva V. Hodges*

January 11, 2013                                                         Shiva V. Hodges
Columbia, South Carolina                                      United States Magistrate Judge

2